# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES -- GENERAL

Case No. **CR-04-632-R**                                                    Date: June 22, 2005

========================================================================

PRESENT: HONORABLE MANUEL L. REAL, JUDGE

| William Horrell | Walter Ledge | Jennifer Corbet |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

========================================================================

U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

1)  ALLEN LEE BRYSON                             1)   Richard Lasting
    X present   X in custody                          X present   X appointed

---

**PROCEEDINGS:** CHANGE OF PLEA

Court and counsel confer re the change of plea.

Defendant moves to change plea to the Indictment.

Defendant is sworn. The Court questions the defendant regarding the offered plea of Guilty.

Defendant now enters a new and different plea of Guilty to Count 1 of the Indictment.

The Court finds a factual and legal basis for the plea; waivers of constitutional rights are freely, voluntarily and intelligently made. The plea is accepted and entered.

**THE COURT REFERS THE DEFENDANT TO THE PROBATION OFFICE FOR THE PREPARATION OF A PRESENTENCE REPORT AND CONTINUES THE MATTER TO SEPTEMBER 19, 2005 AT 1:30 P.M. FOR SENTENCING.**

ENTER ON ICMS
JUN 2 4 2005

✓ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

time: 15 min

MINUTES FORM 6                  cc: probation          Initials of Deputy Clerk ___
CRIM -- GEN                          marshal

187